# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FOOTHILL VILLAGE PLAZA, a California limited liability company; and Does 1-10, <br><br> Defendants. | No. 5:21-cv-01975 JAK (MARx) <br><br> **ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS (DKT. 21)** <br><br> **JS-6** |

Based on a review of the parties' Joint Stipulation for Dismissal with Prejudice of All Defendants (the "Stipulation" (Dkt. 21)) and pursuant to Fed. R. Civ. P. 41(a), this action in its entirety is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: April 4, 2022

John A. Kronstadt
United States District Judge